IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| TANIA MURRAY, § <br> (aka TANIA GUZMAN) Individually § <br> And derivatively on behalf of § <br> TGAG REAL ESTATE § <br> PROPERTIES, LLC., § <br> Plaintiff, § <br> § <br> v. § <br> § <br> DAVID ACOSTA, KELLER § <br> WILLIAMS REALTY HOLLYWOOD § <br> HILLS, FIRST CAPITAL TRUST § <br> DEEDS, 5 ARCH FUNDING CORP., and § <br> CHUCK HASZ ENTERPRISES, INC., § <br> Defendants. § | CAUSE NO.: 3:21-CV-247 <br> A CIVIL ACTION |

## SUMMONS IN A CIVIL ACTION

To: Defendant, 5 Arch Funding Corp., A California Corporation, 19800 MacArthur Boulevard, Suite 1150, Irvine, California 92612.

A lawsuit has been filed against you.

Within 21 days after service of this Summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States Agency, or an Officer or Employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the Plaintiff an Answer to the attached Complaint or a Motion under Rule 12 of the Federal Rules of Civil Procedure. The Answer or Motion must be served on the Plaintiff or Plaintiff's Attorney, whose name and address are:

>   Ortega McGlashan & Perez, P.L.L.C.
>   Randolph J. Ortega
>   Gabriel S. Perez
>   609 Myrtle Ave., Suite 100
>   El Paso, Texas 79901
>   915-542-1883
>   915-542-3500 Facsimile

If you fail to respond, Judgment by Default will be entered against you for the relief demanded in the Complaint.

You also must file your Answer or Motion with the court.

Date: 10/08/2021

Clerk of Court:

D. Trujillo

Signature of Clerk or Deputy Clerk

Civil Action No.: 3:21-CV-247

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for (name of individual and title, if any) _____
was received by me on (date) _____.

☐ I personally served the summons on the individual at (place) _____
_____ on (date) _____; or

☐ I left the summons at the individual's residence or usual place of abode with (name) _____, a person of suitable age and discretion who resides there, on (date) _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on (name of individual) _____, who is designated by law to accept service of process on behalf of (name of organization) _____ on (date) _____; or

☐ I returned the summons unexecuted because _____
_____; or

☒ Other (specify): *Served via Certified mail; tracking 7017 1000 0000 1209 9944 registered agent: VCorp Services CA Inc*

My fees are $ _____ for travel and $_____ for services, for a total of $_____.

I declare under penalty of perjury that this information is true.

Date: 11/1/2021

Server's Signature

*Javier Varela / Process Server*
Printed Name and Title  PSC 15170 exp 6-30-22

*609 Myrtle El Paso, TX 79901*
Server's Address

ABRAHAM BARRAZA
My Notary ID # 126073461
Expires April 11, 2023

[notary signature]
11/1/2021

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)* | FOR COURT USE ONLY |
|---|---|
| TELEPHONE NO: 9153292564   FAX NO *(Optional)*:<br>E-MAIL ADDRESS *(Optional)*: jmconsultants2020@gmail.com<br>ATTORNEY FOR *(Name)*: | |
| SUPERIOR COURT OF CALIFORNIA, COUNTY OF   EL PASO<br>STREET ADDRESS:<br>MAILING ADDRESS:<br>CITY AND ZIP CODE:   EL PASO, 79901<br>BRANCH NAME:   IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF TEXAS EL PASO DIVISION | |
| PLAINTIFF / PETITIONER:   TANIA MURRAY, TGAG REAL ESTATE PROPERTIES LLC<br>DEFENDANT / RESPONDENT:   DAVID ACOSTA, KELLER WILLIAMS REALTY HOLLYWOOD HILLS, FIRST CAPITAL TRUST DEEDS, 5 ARCH FUNDING CORP AND CHUCK HASZ ENTERPRISES INC | CASE NUMBER:<br>3:21-CV-247 |
| **Declaration of Diligence** | Ref. No. or File No.:<br>6222931 (15619-01) |

I, Frank Harrigan, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

**Recipient Name / Address:**   5 ARCH FUNDING CORP, Corporate: 19800 MacArthur Blvd SUITE 1150, Irvine, CA 92612
**Manner of Service:**   Bad Address
**Documents:**   Summons and Complaint (Received Oct 12, 2021 at 8:00am PDT)
**Witness fees were offered**
**or demanded and paid:**

**Additional Comments:**
1) Unsuccessful Attempt: Oct 18, 2021, 3:55 pm PDT at Corporate: 19800 MacArthur Blvd SUITE 1150, Irvine, CA 92612
Per Gene at location company here is 5 Arch Lending and subject company is no longer located at this address. He gave a new address for Park Plaza Irvine California and said company is now part of Corevest Did not have a suite number. Gene owns company at this address and they have similar names but his is lending and we are looking for Corp.

**Person serving:**
a. [ ] Not a registered California process server.
b. [ ] California sheriff or marshal.
c. [X] Registered California process server.
d. [ ] Employee or independent contractor of a registered California process server.
e. [ ] Exempt from registration under Business and Professions Code section 22350(b).
f. [ ] Registered professional photocopier.
g. [ ] Exempt from registration under Business and Professions Code section 22451.
h. Name, address, telephone number, and, if applicable, county of registration and number:
Frank Harrigan
Orange County Reg. No. PSC1530
Array
18013 Sky Park Circle, Suite C
Irvine CA 92614
(949) 777-5496

_____   10/18/2021
Frank Harrigan                          **Date**
Orange County Reg. No. PSC1530

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _____  ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name)   C. Date of Delivery<br>NDS |
| 1. Article Addressed to:<br><br>Vcorp Services CA Inc<br>330 N. Brand Blvd<br>Ste 700<br>Glendale, CA 91203<br><br>9590 9402 6922 1104 4320 28 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>Delivery Service<br><br>3. Service Type<br>☐ Adult Signature<br>☐ Adult Signature Restricted Delivery<br>☐ Certified Mail®<br>☒ Certified Mail Restricted Delivery<br>☐ Collect on Delivery<br>☐ Collect on Delivery Restricted Delivery<br>☐ Priority Mail Express®<br>☐ Registered Mail™<br>☒ Registered Mail Restricted Delivery<br>☐ Signature Confirmation™<br>☐ Signature Confirmation Restricted Delivery |
| 2. Article Number (Transfer from service label)<br>7017 1000 0000 1209 9944 | |

PS Form 3811, July 2020 PSN 7530-02-000-9053                Domestic Return Receipt



9590 9402 6922 1104 4320 28

**United States Postal Service**

• Sender: Please print your name, address, and ZIP+4® in this box•

JM Consultants
6039 Myrtle Suite 100
El Paso TX 79901

5 Arch Funding

1-254499