IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| TANIA MURRAY (aka TANIA GUZMAN) Individually and derivatively on behalf of TGAG REAL ESTATE PROPERTIES, LLC, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 3:21-cv-00247-FM |
| DAVID ACOSTA, KELLER WILLIAMS REALTY HOLLYWOOD HILLS, FIRST CAPITAL TRUST DEEDS, 5 ARCH FUNDING CORP., and CHUCK HASZ ENTERPRISES, INC., | ) ) ) ) ) | |
| Defendants. | ) | |

## DEFENDANT 5 ARCH FUNDING CORP.'S
## RULE 7.1 CORPORATE DISCLOSURE STATEMENT

TO THE HONORABLE FRANK MONTALVO, U.S. DISTRICT COURT JUDGE:

COMES NOW 5 ARCH FUNDING CORP. ("5 Arch"), a Defendant in the above-styled and referenced proceeding, and files this its Corporate Disclosure Statement as required by Federal Rule of Civil Procedure 7.1 and would respectfully show the Court as follows:

1.      5 Arch is a corporation, duly organized under the laws of the State of California, with its principal place of business located in California.

2.      5 Arch is wholly owned by Redwood Trust, Inc., a Maryland corporation, that is publicly traded.

3.      5 Arch is no longer an operating entity.

4.      This Corporate Disclosure Statement is filed in conformity with Federal Rule of Civil Procedure 7.1.

**DATED** this 19th day of November, 2021.

Respectfully submitted,

**GORDON DAVIS JOHNSON & SHANE P.C.**
4695 N. Mesa Street
El Paso, Texas 79912
(915) 545-1133
(915) 545-4433 (Fax)


By:   */s/ Harrel L. Davis*
          Harrel L. Davis III
          State Bar No. 05567560
          hdavis@eplawyers.com
          Attorneys for Defendant
          5 ARCH FUNDING CORP.

## CERTIFICATE OF SERVICE

I certify that on the 19th day of November, 2021, a true and correct copy of the above and foregoing was served upon the following parties via electronic means as listed on the court's ECF noticing system or by regular first class mail:

| | |
|---|---|
| Gabriel S. Perez | Randolph Joseph Ortega |
| Ortega, McGlashan & Perez, PLLC | Ellis & Ortega |
| 609 Myrtle Ave., Ste. 100 | 609 Myrtle Ave., Ste. 100 |
| El Paso, Texas 79901 | El Paso, Texas 79901 |
| gabrielperez@omhplaw.com | randyortega@ellisortega.com |
| | abarraza@ellisortega.com |


       */s/ Harrel L. Davis*
       Harrel L. Davis III