# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# EL PASO DIVISION

| | |
|---|---|
| TANIA MURRAY, | ' |
| | ' |
| VS. | ' CASE NO. 21-CV-00247-FM |
| | ' |
| DAVID ACOSTA, et. al. | ' |

## MOTION TO WITHDRAW AS COUNSEL

TO THE HONORABLE JUDGE OF SAID COURT:

Randolph J. Ortega, brings this Motion to Withdraw as Counsel and in support thereof shows:

I.

Randolph J. Ortega is co-counsel with lead counsel Gabriel Perez, for Tania Murray. At the inception of the instant case Mr. Ortega and Mr. Perez were law partners, with Mr. Perez maintaining lead counsel. Mr. Ortega and Mr. Perez are no longer partners and Mr. Perez has assumed responsibility for Ms. Murray's case in his solo practice. The granting of this motion will allow Ms. Murray to maintain her lead counsel.

Mr. Perez is in agreement with the instant motion.

II.

This withdrawal is not sought for delay, rather so justice may be served.

## PRAYER

WHERFORE PREMISES CONSIDERED, Randolph J. Ortega prays that the Court enter an order permitting, Randolph J. Ortega to withdraw as attorney of record for Tania Murray.

Respectfully submitted,

Ortega McGlashan, P.L.L.C.
Attorneys & Counselors at Law
609 Myrtle Ave., Suite 100
El Paso, Texas 79901
915-542-1883
915-542-3500 Fax

By: *Randolph Ortega*
Randolph J. Ortega
Texas State Bar No.: 00795570
Kansas State Bar No.: 27078
randyortega@ellisandortega.com
Attorney for Tania Murray

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that I electronically transmitted the attached document to the Clerks office using the CM/ECF system for filing and service to all CM/ECF registrants.

*Randolph Ortega*
Randolph J. Ortega

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
### EL PASO DIVISION

| | |
|---|---|
| TANIA MURRAY, | ' |
| | ' |
| VS. | ' CASE NO. 21-CV-00247-FM |
| | ' |
| DAVID ACOSTA, et. al. | ' |

## ORDER

On the _____ day of _____, 2022, came to be considered movant's Motion to Withdraw as Counsel, the Court, having considered the same, is of the opinion that the same is in order and should be GRANTED.

IT IS THEREFORE ORDERED that Randolph J. Ortega be and is hereby excused from further duties as Attorney for Defendant, Tania Murray, in the above-styled and numbered cause as she maintains her lead counsel Gabriel Perez.

IT IS SO ORDERED.

SIGNED and ENTERED this _____ day of _____, 2022.

_____
FRANK MONTALVO
UNITED STATES DISTRICT JUDGE